■ STEPHEN R. FRANK et al., Plaintiffs, v MEADOWLAKES DEVELOPMENT CORPORATION et al., Defendants. MEADOWLAKES DEVELOPMENT CORPORATION, Third-Party Plaintiff-Respondent, v HOME INSULATION AND SUPPLY, INC., Third-Party Defendant-Appellant. D.J.H ENTERPRISES, INC., Doing Business as DANNI-MARR BUILDERS, Third-Party Plaintiff, v HOME INSULATION AND SUPPLY, INC., Third-Party Defendant. D.J.H. ENTERPRISES, INC., Doing Business as DANNI-MARR BUILDERS, Third-Party Plaintiff, v DOUGLAS KOKANOVICH, Doing Business as WOODLAND CONSTRUCTION Co., Third-Party Defendant. HOME INSULATION AND SUPPLY, INC., Fourth-Party Plaintiff, v DOUGLAS KOKANOVICH, Doing Business as WOODLAND CONSTRUCTION Co., Fourth-Party Defendant. (Appeal No. 2.) [683 NYS2d 448] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Frank v Meadowlakes Dev. Corp.* (256 AD2d 1141 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.